IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS WOLFE and MELISSA SNYDER, | No. 4:24-CV-00251 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| CITY OF SUNBURY and JEFFREY WOJCIECHOWSKI, | |
| Defendants. | |

# ORDER

### DECEMBER 5, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to strike and motion to dismiss (Doc. 19) is **DENIED** in part and **GRANTED** in part:

    a. The motion to strike is **DENIED**;

    b. The motion to dismiss is **GRANTED** with prejudice with respect to Plaintiffs' punitive damages claims against the City of Sunbury; and

    c. The motion to dismiss is otherwise **GRANTED** without prejudice.

2

2.     Plaintiffs are granted leave to amend within twenty-one (21) days from the date of this Order. If no second amended complaint is filed by that date, the action will be subject to dismissal with prejudice.

                BY THE COURT:

                *s/ Matthew W. Brann*
                Matthew W. Brann
                Chief United States District Judge